UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
~~CHARLOTTE~~ DIVISION
*Asheville*

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | Case No. 1:15mj96-2 |
| ) | |
| INFORMATION ASSOCIATED WITH ) | ORDER TO SEAL SEARCH WARRANT, |
| HALFABUCK@GMAIL.COM THAT IS ) | AFFIDAVIT AND APPLICATION |
| STORED AT PREMISES CONTROLLED ) | |
| BY GOOGLE, INC. ) | |

UPON MOTION of the United States of America for an order directing that the Search Warrant, Affidavit and Application, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter, to prevent the destruction of evidence and prevent potential influence of witnesses until further order of this court,

**IT IS HEREBY ORDERED** that the Search Warrant, Affidavit and Application, the Motion to Seal and this Order be **SEALED** until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 22nd day of July 2015.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE